UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN NOVIELLO,<br>　　*Plaintiff,*<br><br>vs.<br><br>IVEST 360, LLC d/b/a FAST CAPITAL 360, et al.,<br>　　*Defendants.* | )<br>)<br>)<br>)　No. 3:22-CV-1342-B<br>)<br>)<br>)<br>) |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The defendants' *MOTION to Dismiss Third Amended Complaint*, filed August 18, 2023 (doc. 75), is **GRANTED**, and *Plaintiff's Motion for Leave to File Fourth Amended Complaint*, filed September 22, 2023 (doc. 86), is **DENIED**. By separate judgment, the plaintiff's claims against defendants Barbara Weidner and Roie Raitses will be **DISMISSED without prejudice** for lack of personal jurisdiction.

**SIGNED** this 29th day of December, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE